■　THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACOB BERGER, Appellant.— Order unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■　In the Matter of ANGELO DE LUCA, Appellant, against JOSEPH J. CAPUTA, as State Rent Administrator, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■　HENRIETTA V. MURRAY et al., Appellants, v. EMSOF REALTY CORP., Respondent.— Judgment unanimously affirmed, with costs to respondent. The allegedly improper exclusion of expert testimony need not be considered since the proof establishes that plaintiff was contributorily negligent as a matter of fact. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ. [15 Misc 2d 535.]

■　In the Matter of IRVING WALLACH, Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent, and BERWICK LAND CORP., Intervenor-Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent, State Rent Administrator. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■　THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EUSTACE BECKLES, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■　THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN BOLDEN, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■　In the Matter of the Estate of HANNAH KEANE, Deceased. MARY McCARTHY, Appellant; ANNA CALLAHAN, Respondent.— Order of the Surrogate's Court unanimously affirmed, with costs. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■　THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN SHEEHAN, Appellant.— Judgment of resentence unanimously affirmed. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■　MARIANNE Z. SPEELMAN, Respondent, v. VALERIE PASCAL, as Administratrix with the Will Annexed of the Estate of GABRIEL PASCAL, Deceased, Appellant.— Order of March 31, 1959 unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Appeal from order of March 24, 1959 dismissed as not appealable. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■　PASQUALE PALMIERI, Appellant, v. HOME PROPERTIES, INC., Respondent.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■　GUSTAVE B. GARFIELD v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES et al.— Motion for leave to reargue appeal or for leave to appeal to the Court of Appeals, denied, with $10 costs. Concur — Botein, P. J., Breitel, M. M. Frank and Valente, JJ.